SARA L. GABIN, OSB #81234
Attorney for **Plaintiff**
4500 SW Kruse Way, Suite 100
Lake Oswego, Oregon 97035
tel: 503.620.3171  fax: 503.620.3365

FILED '07 JUL 27 11:51 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KATHRYN E. MURPHY,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 06-1168-HO<br><br>ORDER FOR ATTORNEY FEES – EAJA |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees of $3,275.48 under the Equal Access to Justice Act, 28 U.S.C. 2412, are awarded to plaintiff (Murphy) to be made payable to SARA L. GABIN, P.C., Attorney at Law, plaintiff's counsel.

It is further hereby ORDERED that costs of $350 under 28 U.S.C. 1920, are awarded to Murphy, to be made payable to her.

DATED this 27th day of July, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

/s/ SARA L. GABIN
SARA L. GABIN, OSB#81234
Attorney for Plaintiff

ORDER FOR ATTORNEY FEES -EAJA - 1